GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA 36104

APR 15 2019
Clerk, U.S. Courts
District of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA

BILL LIETZKE,  ) CASE NO.                    DLC
               )
     PLAINTIFF,) UNLAWFUL ARREST, FALSE IMPRISONMENT,
VS.            ) HARASSMENT, CIVIL RIGHTS VIOLATIONS
               )
GREYHOUND LINES, INC., )
               )
     DEFENDANTS.)

1. Jurisdiction founded on the existence of a federal question and amount in controversy.

2. The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears.

3. The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.00

4. Civil rights violations cases Bill Lietzke vs. Greyhound Lines, Inc Bill Lietzke vs. City of Birmingham, Et Al, Patrick D. Smith, Chief, and Bill Lietzke vs. City of Montgomery ET Al, Kevin Murphy, filed under Title 28, U. S. C., Section 1331, Federal Question Jurisdiction, and Title 42, U. S. C., Section 1983, Civil Rights Cases.

5. On or about April 20, 2018, at about 5:30p.m., at the Birmingham, Alabama Greyhound Lines, Inc. last known addresses Morris Avenue at 1st Avenue North, Greyhound Lines, Inc falsely imprisoned, assaulted, violated the civil rights of, and committed the unlawful violation of the personal liberty of Greyhound passenger and Plaintiff Bill Lietzke for any appreciab time however brief when the Plaintiff, travelling by Greyhound Lines, Inc. from Los Angeles, California, Las Vegas, Nevada, through Colorado, Kansas, Missouri, and coming back to Louisville, Kentucky and Nashville, Tennessee reached the Birmingham, Alabama Greyhound Lines, Inc., last known addresses

Morris Avenue at 1st Avenue North, Birmingham, Alabama on April 20, 2018. Defendants Greyhound Lines, Inc. committed said non-consentual, intentional confinement of the Plaintiff without lawful privilege therefor and for any appreciable time however brief in the Birmingham City Jail from April 20, 2018 to April 21, 2018. Defendants Greyhound Lines, Inc., last known addresses Morris Avenue at 1st Avenue North, Birmingham, Alabama purposely deprived the Plaintiff of freedom of movement by use of physical barrier and force and other total and complete unreasonable duress without the Plaintiff's consent which harmed the Plaintiff, and such harm was substantially caused by the Defendants' conduct.

6. Thereafter, the Plaintiff was released from the Birmingham City Jail last known addresses 425 6th Avenue South, Birmingham, Alabama on the bond of $300.00 on April 21, 2018.

7. On or about April 20, 2018, at about 5:30p.m., Defendants Greyhound Lines, Inc. last known addresses Morris Avenue at 1st Avenue North, Birmingham, Alabama struck, shoved, kicked, and touched the Plaintiff and subjected the Plaintiff to unlawful arrest, false imprisonment, harassment, and civil rights violations.

8. Thereafter, the Plaintiff was released from the Birmingham City Jail last known addresses 425 6th Avenue South, Birmingham, Alabama on the bond of $300.00 on April 21, 2018.

9. The Plaintiff purchased his legitimate and legal Greyhoud bus ticket and itinerary at Los Angeles, California on or about April 16, 2018 to travel from Los Angeles, California to Montgomery, Alabama. The St. Louis, Missouri Greyhound Lines, Inc. intercepted and stole the Plaintiff's Los Angeles, California bus tickets and itinerary for unexplainable and suspicious reasons.

10. Defendants Greyhound Lines, Inc. failed in their obligation to transport the Plaintiff safely to Montgomery, Alabama, instead, assaulted, taunted, bullied, and subjected the Plaintiff to unlawful arrest, false imprisonment, and civil rights violations on baseless and frivolous charges The Defendants violated the Plaintiff's First Amendment and Fourth Amendmen rights of the United States Constitution.

11. The Plaintiff purchased legitimate and legal Greyhound bus ticket and itinerary at San Francisco, California in February, 2012. The St. Louis, Missouri Greyhound Lines, Inc. intercepted and stole the Plaintiff's San Francisco, California bus tickets and itinerary for unexplainable and suspicious reasons.

WHEREFORE, the Plaintiff demands judgment against all Defendants for Punitive Damages, Actual Damages, Compensatory Damages, and Irreparable Damages, of $2,000,000,000.00

Submitting for filing April 8, 2019

General Delivery, 135 Catoma St.