MAY 0 3 2019

Clerk, U.S. Courts
District of Montana
Missoula Division

Bill Lietzke
General Delivery
135 Catoma Street
Montgomery, Alabama   36104


Chief Judge Dana L. Christensen
201 East Broadway Street
Missoula, Montana   59802

    You've finally got "something" right, Judge Christensen.
Transferring any of these federal cases is NOT in the interest
of any justice, transferring any of these federal cases NEVER WAS
in the interest of any justice, and transferring any of these federal
cases is the LARGEST SCANDAL you've ever seen.

    You've been blind of these facts for years.